| | |
|---|---|
| 1 | JAMES E. McGLAMERY SB# 099433 |
| | LAW OFFICES OF JAMES E. McGLAMERY |
| 2 | 775 University Avenue |
| | Sacramento, CA 95825 |
| 3 | Telephone: (916) 446-6235 |
| | Facsimile: (916) 446-6218 |
| 4 | |
| | Attorney for Plaintiff |
| 5 | DUSTY STAHL |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO

| | | |
|---|---|---|
| DUSTY STAHL | | CASE NO: 2:19-CV-00496-KJM-CKD |
| Plaintiff, | | JOINT STIPULATION AND ORDER MODIFYING DEADLINES IN STATUS (PRETRIAL SCHEDULING) ORDER |
| v. | | |
| ROBERT C. KLOTZ; DAWN HARMON; DANA ELMORE; JANA GIRON; AMEE TROTTER; AND, HEATHER GARDELLA, in their personal capacities. | | |
| | | Courtroom: 3 |
| Defendants. | | Judge: Kimberly J. Mueller |
| _____/ | | |

The parties, by and through their respective counsel, submit the following Stipulation with a request to the Court to modify the original Status (Pretrial Scheduling) Order, dated July 8, 2019, to extend all deadlines in that Order.

The parties submit that good cause exists to modify the Court's original Status (Pretrial Scheduling) Order for the reasons set forth below.

1. The *current order* has the following deadlines:

<u>Completion of Discovery</u>: February 28, 2020

<u>Disclosure of Expert Witnesses</u>: February 27, 2020

<u>Completion of Expert Discovery</u>: May 18, 2020

<u>Hearing of Dispositive Motions</u>: June 26, 2020

2. The parties timely completed FRCP Rule 26 disclosures and agreed to a Voluntary Dispute Resolution Program (VDRP) Neutral Attorney, Nancy Sheehan, from the Court's panel of attorneys.

3. Good cause exists for the modification requested because the parties, and Ms. Sheehan felt that for the VDRP to be productive, the Defendant's, second 12(b)(6) Motion needed to be filed, heard, and decided. The Court has not had the opportunity to rule on that Motion and, the untimely passing of Ms. Sheehan will require the parties to obtain a new panel of VDRP Neutral Attorneys to act as a neutral evaluator. The parties remain committed to attempting to resolve this case through the VDRP process.

4. The *parties propose* the following new dates for the Status (Pretrial Scheduling) Order:

<u>Completion of Discovery</u>: February 22, 2021
<u>Disclosure of Expert Witnesses</u>: March 22, 2021
<u>Completion of Expert Discovery</u>: April 23, 2021
<u>Hearing of Dispositive Motions</u>: May 21, 2021

All other terms and conditions of the Court's Order of July 8, 2019, shall remain intact.

**SO STIPULATED**.

Dated: February 7, 2020        Law Offices of James E. McGlamery

By: /s/James E. McGlamery/s/
James E. McGlamery, Esq.
Attorney for Plaintiff/DUSTY STAHL

Dusty Stahl v. Robert C. Klotz; et al.
Case Number: 2:19-CV-00496-KJM-CKD
Joint Stipulation and Order Modifying
Deadlines in Status (Pretrial Scheduling) Order

- 2 -

Dated: February 7, 2020   Department of Justice California Attorney General's Office

By:_/s/_____
Jennifer G. Perkell, Deputy Attorney General
Attorney for Defendants

## ORDER

In accordance with the aforesaid Stipulation between the parties and for good cause shown,

(1) The deadlines for completion of the VDRP, completion of discovery, disclosure of expert witnesses, completion of expert discovery and hearing of dispositive motions is modified pursuant to the above stipulation;

(2) In all other respects the Status (Pretrial Scheduling) Order issued on July 8, 2019 remains in place.

**IT IS SO ORDERED.**

Dated: February 11, 2020   _____
CHIEF UNITED STATES DISTRICT JUDGE

Dusty Stahl v. Robert C. Klotz; et al.
Case Num ber: 2:19-CV-00496-KJM-CKD
Joint Stipulation and Order Modifying
Deadlines in Status (Pretrial Scheduling) Order         - 3 -