Xavier Becerra, State Bar No. 118517
Attorney General of California
Fiel D. Tigno, State Bar No. 161195
Supervising Deputy Attorney General
Jennifer G. Perkell, State Bar No. 203205
Deputy Attorney General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA 94612-0550
 Telephone: (510) 879-0820
 Fax: (510) 622-2270
 E-mail: Jennifer.Perkell@doj.ca.gov
*Attorneys for Defendants Robert C. Klotz, Dawn Harmon, Dana Elmore, Jana Giron, Aimee Trotter, and Heather Gardella*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DUSTY STAHL,**<br><br>Plaintiff,<br><br>v.<br><br>**ROBERT C. KLOTZ; DAWN HARMON; DANA ELMORE; JANA GIRON; AMEE TROTTER; AND HEATHER GARDELLA,**<br><br>**In their personal capacities,**<br><br>Defendants. | 19-cv-00496-KJM-CKD<br><br>**STIPULATED REQUEST FOR CONTINUANCE OF VDR AND [PROPOSED] ORDER** |

The parties, through their respective counsel of record, hereby stipulate as follows:

1. The Court has referred the parties for an Early Neutral Evaluation (ENE). But, Defendants object under Local Rule 271(c)(2) to participating in an ENE at this time because they intend to move to dismiss the Second Amended Complaint, and do not wish to contemplate settlement prior to the Court's ruling on their intended motion.

1

2. Counsel for Defendants advised Plaintiff's counsel and the Voluntary Dispute Resolution Program (VDRP) of their objection to participating in an ENE before the initial pleading stage of this case is completed, and were advised by the VDRP that this request needed to be filed with the court.

3. For these reasons, any VDR process should be delayed until after the initial pleading stage of this case.

IT IS SO STIPULATED.

DATED: March 10, 2020                    OFFICE OF THE ATTORNEY GENERAL

/s/Jennifer G. Perkell
JENNIFER G. PERKELL
Deputy Attorney General
FIEL D. TIGNO
Supervising Deputy Attorney General
*Attorneys for Defendants Robert C. Klotz, Dawn Harmon, Dana Elmore, Jana Giron, Aimee Trotter, and Heather Gardella*

DATED: March 4, 2020

/s/James McGlamery
JAMES MCGLAMERY, ESQ.
*Attorney for Plaintiff Dusty Stahl*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

This case is withdrawn from the court's VDRP program.

IT IS SO ORDERED.

DATED: March 16, 2020

CHIEF UNITED STATES DISTRICT JUDGE