UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| Dusty Stahl, | No. 2:19-cv-00496-KJM-CKD |
|---|---|
| Plaintiff, | |
| v. | AMENDMENT TO THE SCHEDULING ORDER |
| Robert C. Klotz et al., | |
| Defendants. | |

Defendants ex-parte request (ECF No. 40) to amend dates in the pretrial scheduling order (ECF No. 24) is unopposed. Good cause appearing, the court GRANTS this request, as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Discovery Cutoff | 2/22/2021 | 1/31/2022 |
| Expert Disclosures | 3/22/2021 | 2/28/2022 |
| Supplemental Expert Disclosures | No current date | 3/31/2022 |
| Completion of Expert Discovery | 4/23/2021 | 4/29/2022 |
| All Dispositive Motions Hearing Date | 5/21/2021 | 5/13/2022 |
| File Joint Pretrial Conference Statement | N/A | N/A |
| Final Pretrial Conference | N/A | N/A |
| Trial Briefs Due | N/A | N/A |

This amendment does not alter any other portions of the initial scheduling order (ECF No. 12).

This order resolves ECF No. 40. The motion hearing set for August 6, 2021 is vacated.

IT IS SO ORDERED.

DATED: July 7, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE